THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  Telephone:  (213) 894-6607
  Facsimile:  (213) 894-0115
  robert.conte@usdoj.gov

Attorneys for the United States of America



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 06-1710 RJK (SHx) |
| Plaintiff, | [proposed] STIPULATED JUDGMENT AGAINST DEFENDANT ESTHER MORALES |
| vs. | |
| ESTHER A. MORALES, et al., | [Stipulation filed herewith] |
| Defendants. | |

JUDGMENT

1. Consistent with the parties' settlement, which was entered by the district court on April 4, 2008, and the parties' stipulation filed herewith, the court enters judgment against defendant Esther Morales ("defendant") and in favor of the United States as follows:

    a. Defendant owes the United States $231,638.00 for her 1991 federal individual income tax liability as of June 30, 2008. This amount is inclusive of tax and interest only.

1

   b. Defendant owes the United States $4,871 for her 1995 federal individual income tax liability as of June 30, 2008. This amount is inclusive of tax, penalties, and interest.

   c. Defendant owes the United States $9,122 for her 1996 federal individual income tax liability as of June 30, 2008. This amount is inclusive of tax, penalties, and interest.

   d. Defendant owes the United States $9,035 for her 1997 federal individual income tax liability as of June 30, 2008. This amount is inclusive of tax, penalties, and interest.

   e. Defendant owes the United States $10,817 for her 1998 federal individual income tax liability as of June 30, 2008. This amount is inclusive of tax, penalties, and interest.

   f. Defendant owes the United States $7,990 for her 2000 federal individual income tax liability as of June 30, 2008. This amount is inclusive of tax, penalties, and interest.

///

///

g. Defendant owes the United States $4,871 for her 2001 federal individual income tax liability as of June 30, 2008. This amount is inclusive of tax, penalties, and interest.

Interest is to run on these amounts as provided by law until full paid.

IT IS SO ORDERED.

DATED: July 16, 2008

ROBERT J. KELLEHER
United States District Judge

Respectfully submitted,
THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

ROBERT F. CONTE
Assistant United States Attorney
Attorneys for the United States of America